UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF DEEP　　　　　　　　　　　CIVIL ACTION
SOUTH AIRBOATS, LLC
　　　　　　　　　　　　　　　　　　　　　　NO. 21-2085

　　　　　　　　　　　　　　　　　　　　　　SECTION M (5)

**ORDER & REASONS**

　　Before the Court is a motion by Weeks Marine, Inc. ("Weeks Marine") and Signal Mutual Indemnity Association, Ltd. ("Signal") for leave to file an answer and claim – essentially, an intervention – in this action in order to recover compensation benefits paid to claimant Kendrick Anthony under the Longshore and Harbor Workers' Compensation Act.[1]  Anthony consents to the filing.[2]  Petitioner-in-limitation Deep South Airboats, LLC ("Deep South") opposes the motion, arguing that it is untimely because the monition period is closed.[3]  However, Deep South recognizes that Weeks Marine and Signal have a lien on Anthony's potential recovery, so it acquiesces to the filing of the intervention if Weeks Marine and Signal are prohibited from contesting Deep South's right to exoneration from or limitation of liability.[4]

　　Considering the arguments of the parties and the applicable law,

　　IT IS ORDERED that the motion of Weeks Marine and Signal for leave to file an answer and claim is GRANTED for the purposes of preserving their lien.  Weeks Marine and Signal are prohibited, however, from contesting Deep South's right to exoneration from or limitation of liability.  This prohibition does not alter or affect Anthony's right to do so.

---

[1] R. Doc. 13.
[2] *Id.* at 1.
[3] R. Doc. 16.  The period closed after January 18, 2022.  R. Doc. 4 at 2.
[4] R. Doc. 16 at 2.

New Orleans, Louisiana, this 8th day of September, 2022.

                                            BARRY W. ASHE
                                            UNITED STATES DISTRICT JUDGE